**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6881

MICHAEL ANTHONY TALIAFERRO,

Plaintiff – Appellant,

v.

GREENSVILLE CORRECTIONAL CENTER,

Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:10-cv-00217-RBS-FBS)

Submitted:  September 21, 2010        Decided:  October 18, 2010

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Anthony Taliaferro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Taliaferro appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taliaferro v. Greensville Corr. Ctr., No. 2:10-cv-00217-RBS-FBS (E.D. Va. May 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED